1  Eric Bensamochan, Bar #255482
   The Bensamochan Law Firm
2  30851 Agoura Rd # 114
   Agoura Hills, Ca 91301
   818-907-5866  (FAX) 818-461-5959
3  ATTORNEY FOR PLAINTIFF

4              UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
5

6  J&J SPORTS PRODUCTIONS, INC              )
                                            )
7          Plaintiff,       vs.             )  Case No.: 5:10-CV-01729-WDK-FMO
                                            )
8  GRACIELA PADILLA, et al,                 )  **RENEWAL OF JUDGMENT BY CLERK**
                                            )
9          Defendant,                       )
                                            )
10 _____  )

11   Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and

12 C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

13   Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Graciela Padilla, an individual

14 d/b/a La Terraza Mexican Restaurant , entered on March 14, 2012, be and the same is hereby renewed in the

15 amounts as set forth below:

16       Renewal of money judgment

17         a.  Total judgment                        $      6,250.00
           b.  Costs after judgment                  $         00.00
18         c.  Subtotal *(add a and b)*              $      **6,250.00**
19         d.  Credits                               $          0.00
20         e.  Subtotal *(subtract d from c)*        $      **6,250.00**
21         f.  Interest after judgment(.18%)         $        110.25
22         g.  Fee for filing renewal of application $         00.00
23         h.  Total renewed judgment (add e, f and g)  $   **6,360.25**

24

25 Date: January 3, 2022              CLERK, by ___Sharon Hall Brown___
26                                              Deputy

27                                    Kiry A. Gray,
                                      Clerk of U.S. District Court
28

                              Renewal of Judgment